IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFERY L. LEACH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 12-7018 |
| CITY OF PHILADELPHIA, et al. | : | |

O R D E R

**AND NOW,** this 16th day of July, 2013, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective July 1, 1995), it is

**ORDERED** that the above action against is **DISMISSED** with prejudice, without costs, pursuant to the agreement of counsel.

MICHAEL E. KUNZ, Clerk of Court

BY:  /s/ Lisa Tipping
     Lisa Tipping
     Deputy Clerk
     Magistrate Judge Thomas J. Rueter